UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES VERDIN | * | CIVIL ACTION NO. 19-9927 |
| | * | |
| VERSUS | * | JUDGE NANNETTE JOLIVETTE |
| | * | BROWN |
| LIFE INSURANCE COMPANY OF | * | |
| NORTH AMERICA | * | MAGISTRATE JUDGE JANIS VAN |
| | * | MEERVELD |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Joint Motion to Dismiss,

**IT IS HEREBY ORDERED** that all claims in the above captioned matter are dismissed with prejudice.

New Orleans, Louisiana this  3rd  day of March 2020.

                                                                   *Nannette Jolivette Brown*
                                                                  **NANNETTE JOLIVETTE BROWN**
                                                                  **CHIEF JUDGE**
                                                                  **UNITED STATES DISTRICT COURT**